■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. LONG, JR., Appellant, against DIRECTOR OF THE ELMIRA RECEPTION CENTER, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied. Application to be released on bail denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARY D'ARIENZO, Appellant, v. TERESA YARWOOD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PIERINO PASQUALE, Plaintiff, v. BABCOCK, HINDS AND UNDERWOOD, INC., Defendant and Third-Party Plaintiff-Respondent. ANNA M. HEATH, Doing Business as HEATH CONSTRUCTION COMPANY, et al., Third-Party Defendants, and PASQUALE CONSTRUCTION Co. INC., Third-Party Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Coon, Gibson and Herlihy, JJ., concur; Reynolds, J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD THOMAS O'ROURKE, Appellant.— Motion for leave to prosecute appeal as a poor person upon one typewritten copy of the record and five typewritten copies of the brief granted. Application for an extension of time within which to perfect appeal granted and time extended until the March 1959 Term of this court. Application to settle record should be addressed to the County Court, Albany County. Application in all other respects denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ COLOMBA CERKOWSKI, Appellant, v. GENERAL MOTORS CORPORATION et al., Respondents.— Application to amend order. Application granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH JOHN LOVETT, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application for reargument of motion denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PHILIP J. LEVIN, Respondent, v. STATE OF NEW YORK, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ LOUIS SURIANO, Individually and as Guardian ad Litem for JAMES SURIANO, an Infant, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal denied. Cross motion for an extension of time within which to perfect appeal granted and time to perfect appeal, file note of issue, and to serve and file record and brief is extended to December 15, 1958, and appellant is to be ready for argument at the January 1959 Term of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ASTOR WILLIAMS, Appellant.— Application denied. The moving papers fail to disclose that a timely appeal has been taken or that there is anything pending in this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, Respondent, against RAMAPO LAND COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order directing the Workmen's Compensation Board to serve supplemental findings of fact and rulings of law, together with supplemental contents of the proposed record on appeal. Motion denied, without costs, on the ground that the previous appeal is academic. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MARIE R. RUTH, Appellant, against ADAM, MELDRUM AND ANDERSON, Co., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.